662

435 A.2d 1328

In the Interest of Anton Turkovic Leppo.

Appeal of Joseph Leppo.

Submitted September 11, 1980. Link Christin, for appellant; Carol S. Mills McCarthy, for appellee.

Before WICKERSHAM, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.

HOFFMAN, J., noted his dissent.

435 A.2d 1329

Jewelers Mutual Insurance Co., Appellant, v. M. A. Perlhard Co.

Argued April 21, 1981. Edward L. McCandless, Jr., for appellant; Joseph R. Danella, for appellee.

Before WICKERSHAM, MONTEMURO and WATKINS, JJ.

The appeal is quashed as being interlocutory.